Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−21723−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stephanie Renee Thomas
407 Oak Ave
Woodbury, NJ 08097−1334

Social Security No.:
xxx−xx−8130

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 12/16/26
Time: 09:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 16, 2026
JAN: eag

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-21723-ABA

Stephanie Renee Thomas Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3

Date Rcvd: Oct 30, 2026 Form ID: 132 Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephanie Renee Thomas, 407 Oak Ave, Woodbury, NJ 08097-1334 |
| 521398843 | + | Borough of Woodbury Heights, 500 Elm Ave, Woodbury Heights, NJ 08097-1489 |
| 521398845 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521398849 | | County of Gloucester, Attn: Bankruptcy, 2 S Broad St, Woodbury, NJ 08096-4604 |
| 521398853 | | Diverse Funding LLC, Attn: Bankruptcy, 2351 N Forest Rd Ste 110, Getzville, NY 14068-9902 |
| 521398854 | | East Coast Test Prep, 40 Galesi Dr Suite 32, Wayne, NJ 07470-4844 |
| 521398858 | + | Hill Wallack LLP, Attn: Bankruptcy, 21 Roszel Rd, Princeton, NJ 08540-6866 |
| 521398861 | | Kinum, Attn: Bankruptcy, 8200 Haverstick Rd #220, Indianapolis, IN 46240-4392 |
| 521398872 | | Ride Share Systems LLC, 100 Ridgedale Ave, Ringoes, NJ 08551 |
| 521398878 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521398883 | | U.S. Dep't of Housing and Urban Dev., Attn: Bankruptcy, 801 Market St 12th Floor, Philadelphia, PA 19107-3126 |
| 521398884 | | U.S. Small Business Administration (NJ), Attn: District Counsel, 2 Gateway Ctr Ste 1002, Newark, NJ 07102-5006 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2026 09:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2026 09:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521398840 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 09:45:22 | American Express, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 521398841 | | Email/Text: bnc-aquafinance@quantum3group.com | Oct 30 2026 09:47:00 | Aqua Finance Inc., Attn: Bankruptcy, 1 Corporate Dr Ste 300, Wausau, WI 54401-1724 |
| 521398842 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Oct 30 2026 09:46:00 | Bank of America N.A., Attn: Bankruptcy, 100 N Tryon St, Charlotte, NC 28202-2135 |
| 521398851 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2026 09:44:49 | CW Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 521398844 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2026 09:44:49 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521398846 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2026 09:55:34 | Citi, Attn: Bankruptcy, PO Box 9001037, Louisville, KY 40290-1037 |
| 521398847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2026 09:46:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 521398848 | | Email/Text: bankruptcy@connexuscu.org | Oct 30 2026 09:47:00 | Connexus Credit Union, Attn: Bankruptcy, 1 Corporate Dr #102, Wausau, WI 54401-1725 |
| 521398850 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2026 09:45:24 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |

| | | | | |
|---|---|---|---|---|
| 521398852 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2026 09:55:38 | Department Stores National Bank, Attn: Bankruptcy, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521398855 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 30 2026 09:45:10 | First Premier Bank, Attn: Bankruptcy, 3401 S Kiwanis Ave, Sioux Falls, SD 57105-4213 |
| 521398856 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 30 2026 09:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 7247, Philadelphia, PA 19170-6112 |
| 521398857 | | Email/Text: accountresearch@goodleap.com | Oct 30 2026 09:46:00 | Goodleap LLC, Attn: Bankruptcy Department, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 521398859 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2026 09:46:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521398860 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 30 2026 09:45:06 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, New York, NY 10017-2014 |
| 521398862 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 09:55:34 | LVNV Funding LLC, Attn: Bankruptcy, 355 S Main St, Greenville, SC 29601-2923 |
| 521398863 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2026 09:46:00 | Midland Credit Mgmt., Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 521398867 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 30 2026 09:45:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521398864 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 30 2026 09:47:00 | Navy Federal Credit Union, Attn: Bankruptcy, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 521398865 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 30 2026 09:47:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St Ste 201, Lincoln, NE 68508-1922 |
| 521398866 | | Email/Text: mtgbk@shellpointmtg.com | Oct 30 2026 09:46:00 | Newrez, Attn: Bankruptcy, P.O.Box 10826, Greenville, SC 29603-0826 |
| 521398870 | ^ | MEBN | Oct 30 2026 09:35:54 | PSEG, Attn: Bankruptcy, 80 Park Plz, Newark, NJ 07102-4194 |
| 521398868 | | Email/Text: bkrgeneric@penfed.org | Oct 30 2026 09:45:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 521398869 | | Email/Text: GPSAK@PSAKLAW.COM | Oct 30 2026 09:47:00 | Psak & Assoc., 127 Union Ave, Middlesex, NJ 08846-1039 |
| 521398871 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 09:45:11 | Resurgent Capital Services LLC, Attn: Bankruptcy, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 521398875 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 30 2026 09:45:00 | State of New Jersey, Division of Revenue and Enterprise Servi, Attn: Bankruptcy, 33 W State St 5th floor, Trenton, NJ 08608-1214 |
| 521398877 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 30 2026 09:45:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521398873 | | Email/Text: cs@securitycreditservicesllc.com | Oct 30 2026 09:46:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 521398874 | + | Email/Text: bankruptcynotice@sjindustries.com | Oct 30 2026 09:46:00 | South Jersey Gas Co., Attn: Bankruptcy, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 521398876 | ^ | MEBN | Oct 30 2026 09:35:33 | State of New Jersey, Office of Attorney General, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521398879 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2026 09:45:06 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 521398880 | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2026 09:46:00 | U.S. Attorney's Office (NJ), Attn: Civil Process |

| | | | |
|---|---|---|---|
| | | | Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521398881 | Email/Text: edbknotices@ecmc.org | Oct 30 2026 09:46:00 | U.S. Department of Education, General Counsel, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 521398882 | ^ MEBN | Oct 30 2026 09:35:45 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Michael I. Assad | on behalf of Debtor Stephanie Renee Thomas mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3