Form 200 − blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 26−21723−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stephanie Renee Thomas
407 Oak Ave
Woodbury, NJ 08097−1334

Social Security No.:
xxx−xx−8130

Employer's Tax I.D. No.:

---

NOTICE ADJOURNING MEETING OF CREDITORS

Trustee's Notice of Continued Meeting of Creditors (originally scheduled for 11/12/26). Section 341(a) Meeting Continued on 12/21/2026 at 11:00 AM at Zoom − Finberg: join.zoom.us Meeting ID 571 854 9346 , Passcode 0895556855 or call 1−856−329−3438. Hearing rescheduled due to BNC outage

Dated: November 2, 2026
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-21723-ABA

Stephanie Renee Thomas Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3

Date Rcvd: Nov 02, 2026 Form ID: 200 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephanie Renee Thomas, 407 Oak Ave, Woodbury, NJ 08097-1334 |
| 521398843 | + | Borough of Woodbury Heights, 500 Elm Ave, Woodbury Heights, NJ 08097-1489 |
| 521398845 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521398849 | | County of Gloucester, Attn: Bankruptcy, 2 S Broad St, Woodbury, NJ 08096-4604 |
| 521398853 | | Diverse Funding LLC, Attn: Bankruptcy, 2351 N Forest Rd Ste 110, Getzville, NY 14068-9902 |
| 521398854 | | East Coast Test Prep, 40 Galesi Dr Suite 32, Wayne, NJ 07470-4844 |
| 521398858 | + | Hill Wallack LLP, Attn: Bankruptcy, 21 Roszel Rd, Princeton, NJ 08540-6866 |
| 521398861 | | Kinum, Attn: Bankruptcy, 8200 Haverstick Rd #220, Indianapolis, IN 46240-4392 |
| 521398872 | | Ride Share Systems LLC, 100 Ridgedale Ave, Ringoes, NJ 08551 |
| 521398878 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521398883 | | U.S. Dep't of Housing and Urban Dev., Attn: Bankruptcy, 801 Market St 12th Floor, Philadelphia, PA 19107-3126 |
| 521401575 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 521398884 | | U.S. Small Business Administration (NJ), Attn: District Counsel, 2 Gateway Ctr Ste 1002, Newark, NJ 07102-5006 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2026 22:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2026 22:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521398840 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2026 22:11:46 | American Express, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 521398841 | | Email/Text: bnc-aquafinance@quantum3group.com | Nov 02 2026 22:35:00 | Aqua Finance Inc., Attn: Bankruptcy, 1 Corporate Dr Ste 300, Wausau, WI 54401-1724 |
| 521398842 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Nov 02 2026 22:34:00 | Bank of America N.A., Attn: Bankruptcy, 100 N Tryon St, Charlotte, NC 28202-2135 |
| 521398851 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2026 22:12:22 | CW Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 521398844 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2026 22:12:28 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521398846 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2026 22:11:50 | Citi, Attn: Bankruptcy, PO Box 9001037, Louisville, KY 40290-1037 |
| 521398847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2026 22:34:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 521398848 | | Email/Text: bankruptcy@connexuscu.org | Nov 02 2026 22:35:00 | Connexus Credit Union, Attn: Bankruptcy, 1 Corporate Dr #102, Wausau, WI 54401-1725 |
| 521398850 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2026 22:11:02 | Credit One Bank, Attn: Bankruptcy, 6801 S |

| | | | | |
|---|---|---|---|---|
| | | | | Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521398852 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2026 22:11:51 | Department Stores National Bank, Attn: Bankruptcy, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521398855 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 02 2026 22:11:04 | First Premier Bank, Attn: Bankruptcy, 3401 S Kiwanis Ave, Sioux Falls, SD 57105-4213 |
| 521398856 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 02 2026 22:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 7247, Philadelphia, PA 19170-6112 |
| 521398857 | | Email/Text: accountresearch@goodleap.com | Nov 02 2026 22:34:00 | Goodleap LLC, Attn: Bankruptcy Department, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 521398859 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2026 22:34:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521398860 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 02 2026 22:10:59 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, New York, NY 10017-2014 |
| 521398862 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 22:11:05 | LVNV Funding LLC, Attn: Bankruptcy, 355 S Main St, Greenville, SC 29601-2923 |
| 521406518 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 22:12:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521398863 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2026 22:35:00 | Midland Credit Mgmt., Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 521398867 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 02 2026 22:33:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521398864 | | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 02 2026 22:35:00 | Navy Federal Credit Union, Attn: Bankruptcy, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 521398865 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 02 2026 22:35:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St Ste 201, Lincoln, NE 68508-1922 |
| 521412827 | | Email/Text: mtgbk@shellpointmtg.com | Nov 02 2026 22:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 521398866 | | Email/Text: mtgbk@shellpointmtg.com | Nov 02 2026 22:33:00 | Newrez, Attn: Bankruptcy, P.O.Box 10826, Greenville, SC 29603-0826 |
| 521398870 | ^ | MEBN | Nov 02 2026 20:58:41 | PSEG, Attn: Bankruptcy, 80 Park Plz, Newark, NJ 07102-4194 |
| 521398868 | | Email/Text: bkrgeneric@penfed.org | Nov 02 2026 22:33:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 521398869 | | Email/Text: GPSAK@PSAKLAW.COM | Nov 02 2026 22:35:00 | Psak & Assoc., 127 Union Ave, Middlesex, NJ 08846-1039 |
| 521398871 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2026 22:11:47 | Resurgent Capital Services LLC, Attn: Bankruptcy, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 521398875 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 02 2026 22:33:00 | State of New Jersey, Division of Revenue and Enterprise Servi, Attn: Bankruptcy, 33 W State St 5th floor, Trenton, NJ 08608-1214 |
| 521398877 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 02 2026 22:33:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521398873 | | Email/Text: cs@securitycreditservicesllc.com | Nov 02 2026 22:33:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 521398874 | + | Email/Text: bankruptcynotice@sjindustries.com | Nov 02 2026 22:34:00 | South Jersey Gas Co., Attn: Bankruptcy, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 521398876 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 02 2026 20:58:03 | State of New Jersey, Office of Attorney General, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521398879 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2026 22:12:23 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 521398880 | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2026 22:35:00 | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521398881 | | Email/Text: edbknotices@ecmc.org | Nov 02 2026 22:33:00 | U.S. Department of Education, General Counsel, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 521398882 | ^ | MEBN | Nov 02 2026 20:58:26 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Michael I. Assad | on behalf of Debtor Stephanie Renee Thomas mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3