| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for NewRez LLC* |
| In re:<br><br>Stephanie Renee Thomas<br><br>Debtor. |

Chapter: 13

Case No.: 26-21723-ABA

Hearing Date: December 16, 2026

Judge Andrew B. Altenburg Jr.

**OBJECTION TO CONFIRMATION OF PLAN**

Creditor, NewRez LLC, files its Objection to Confirmation of Plan and states:

1. Creditor holds the note and first mortgage on the property located at 407 Oak Ave., Woodbury Heights, NJ 08097.

2. Creditor is in the process of filing a Proof of Claim in the estimated amount of $196,546.83, including an anticipated arrearage in the amount of $35,418.81.

3. The Debtor's proposed Chapter 13 Plan includes an arrearage amount of $24,101.00.

4. The Plan should be modified to conform to the arrearage amount on Creditor's Proof of Claim when filed.

5. Moreover, the total arrearage should be paid in equal monthly payments, pursuant to Section 1325(a)(5)(B)(iii)(I) of the Bankruptcy Code.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

Stewart Legal Group, P.L.,
attorney for NewRez LLC

Dated: November 12, 2026

By: *<u>/s/Gavin N. Stewart</u>*
Gavin N. Stewart, Esq.