UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for NewRez LLC*

In re:

Stephanie Renee Thomas

Debtor.

Chapter: 13

Case No.: 26-21723-ABA

Hearing Date: December 16, 2026

Judge Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1. I, Jennifer Baker:

   ☐ represent the ______________________ in the above-captioned matter.

   ☑ am the legal assistant for Stewart Legal Group, P.L. who represents the Creditor.

   ☐ am the ______________________ in the above case and am representing myself.

2. On November 12, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Objection to Confirmation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

November 12, 2026
Date

/s/*Jennifer Baker*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _______________<br>(as authorized by court ) |
| Stephanie Renee Thomas<br>407 Oak Ave<br>Woodbury, NJ 08097-1334 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _______________<br>(as authorized by court) |
| Michael I. Assad<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | Debtor’s Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _______________<br>(as authorized by court ) |